UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAUSTO DEFRANCO,<br><br>                           Plaintiff,<br><br>-against-<br><br>STRYKER CORPORATION, HOWMEDICA OSTEONICS CORPORATION, doing business as STRYKER ORTHOPAEDICS, and STRYKER CORPORATION SPINE DIVISION doing business as STRYKER SPINE,<br><br>                           Defendants. | Case No.: 1:14-CV-8664-AJN<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties who have appeared in this action, that pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii) and the Court's Orders of June 1, 2015 (Docket No. 31) and June 2, 2015 (Docket No. 34), the above captioned action be and hereby is dismissed, without prejudice, without costs against any party.

Dated: New York, New York
       June 10, 2015

By: _____
PAUL E. ASFENDIS, ESQ.
Gibbons P.C.
Attorneys for Stryker Corporation
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
Tel: (212) 613-2067

By: _____
STEVE NEWMAN, ESQ.
Law Offices of Steve Newman
Attorneys for Fausto DeFranco
65 Broadway, Suite 2101
New York, New York 10006
Tel: (212) 405-1000

1